IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00753-MSK-BNB

ALEXANDER L. TRUJILLO,
DAVID HENRICHSEN,
GILBERT LUCERO,
ALAN ROMAN,
COLBY DOOLITTLE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion for Modification of Scheduling Order** [docket no. 44, filed October 17, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and plaintiffs may file their motions for collective action certificate and for class action certificate by **November 9, 2007**.

DATED:  October 18, 2007