IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00753-MSK-BNB

ALEXANDER L. TRUJILLO,
DAVID HENRICHSEN,
GILBERT LUCERO,
ALAN ROMAN,
COLBY DOOLITTLE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion to Stay** [Doc. # 52, filed 11/5/2007] (the "Motion to Stay"). The parties request the following:

> The Parties agree that the civil action should be stayed so that they may dedicate their entire efforts at this time to reach a settlement and, therefore, request that the action be stayed sixty (60) days with all deadlines contained in the scheduling order being readjusted by sixty (60) days.

Motion to Stay at ¶5. The parties also state the "[t]he requested stay will not delay this case in any way as trial in this matter has been set for April 13, 2009." Id. at ¶7.

I will not stay the action. I will, however, extend the case deadlines by 60 days to allow the parties to pursue settlement. They may choose, if they think it is appropriate, to refrain from discovery and other pretrial activity to facilitate settlement. My extension of these deadlines will not be heard to form the basis to continue the trial, however, because I have relied on the parties'

assurance that the extensions will not impact the trial date.

IT IS ORDERED that the Motion to Stay is GRANTED IN PART, and the case schedule is modified to the following extent:

> Deadline for plaintiffs to file motions for collective action certification and class action certification:  **January 9, 2008**
>
> Discovery Cut-Off:  **May 30, 2008**
>
> (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)
>
> Dispositive Motions Deadline:  **June 30, 2008**
>
> Expert Disclosures:
>
> **(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 10, 2008**
>
> **(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 10, 2008**

IT IS FURTHER ORDERED that the Motion to Stay is DENIED in all other respects.

Dated November 7, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge