IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00753-MSK-BNB

ALEXANDER L. TRUJILLO,
DAVID HENRICHSEN,
GILBERT LUCERO,
ALAN ROMAN,
COLBY DOOLITTLE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,

Defendants.
_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion for Modification of Scheduling Order** [Doc. # 76, filed 3/7/2008] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The case is stayed except for those actions necessary to effectuate the settlement.

IT IS FURTHER ORDERED that the parties have to and including **April 1, 2008**, within which to file their Joint Motion for Conditional Certification of Collective Action and Class Action, Conditional Appointment of Class Counsel, and Preliminary Approval of Settlement Agreement.

Dated March 17, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge