IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00753-MSK-BNB

ALEXANDER L. TRUJILLO,
DAVID HENRICHSEN,
GILBERT LUCERO,
ALAN ROMAN,
COLBY DOOLITTLE,
OTTO KNOLLHOFF, and
MATT MARTIN, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,

        Defendant.

---

**ORDER PRELIMINARILY APPROVING AMENDMENTS TO SETTLEMENT AGREEMENT, AND DIRECTING AMENDMENT OF NOTICE AND FORMS TO CONFORM WITH THE AMENDMENTS TO THE SETTLEMENT AGREEMENT**

---

THIS MATTER comes before the Court on the parties' Stipulated Motion for Approval of Amendment to Settlement Agreement **(#89).** Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Court previously issued an Order **(#85)** preliminarily approving the parties' settlement agreement. The parties now desire to make three changes to the settlement agreement: (1) to add one more "Covered Assignment", in specific, the assignment of "Marshall Unit Sergeant", which was inadvertently omitted from the settlement agreement; (2) to substitute the phrase "regular hours worked" for the term "shifts" in order to facilitate use of the City's data in allocating the settlement; and (3) to extend the claim form deadline from September 1, 2008,

to September 2, 2008, because of the Labor Day holiday. The requested changes are reasonable and do not impact the Court's prior preliminary approval of the settlement.

**IT IS THEREFORE ORDERED** that the Court preliminarily approves the changes to the settlement agreement. Prior to the mailing of notice to prospective class members, the parties shall amend all forms of notice, and other forms, to conform with this Order.

Dated this 13th day of May, 2008

**BY THE COURT:**

Marcia S. Krieger
United States District Judge