IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00753-MSK-BNB

ALEXANDER L. TRUJILLO,
DAVID HENRICHSEN,
GILBERT LUCERO,
ALAN ROMAN,
COLBY DOOLITTLE,
OTTO KNOLLHOFF, and
MATT MARTIN, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,

        Defendant.

## ORDER RE: FAIRNESS HEARING

THIS MATTER comes before the Court following the setting of a hearing on the Unopposed Motion for Hearing/Conference for Final Approval of Settlement and for Award of Attorneys' Fees and Costs (*#95*) filed on September 19, 2008, by Plaintiffs. The Court granted the motion and set this matter for October 22, 2008, at 4:00 p.m. It appears from a review of this matter that the Court had set the matter for a Fairness Hearing on September 26, 2008, at 3:00 p.m. (*Order at #85*) wherein the final approval of the settlement and award of attorneys' fees and costs is to be determined.

**IT IS THEREFORE ORDERED** that the October 22, 2008, hearing is VACATED and the September 26, 2008, hearing date remains set for consideration of the above issues.

DATED this 25th day of September, 2008.

BY THE COURT:

_(signature)_
_____

Marcia S. Krieger
United States District Judge