IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00753-MSK-BNB

ALEXANDER L. TRUJILLO,
DAVID HENRICHSEN,
GILBERT LUCERO,
ALAN ROMAN,
COLBY DOOLITTLE,
OTTO KNOLLHOFF, and
MATT MARTIN, on behalf of themselves and all others similarly situated,

       Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,

       Defendant.
_____

### ORDER GRANTING MOTION FOR APPROVAL OF SUPPLEMENTAL COSTS
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiffs' Unopposed Motion for Approval of Supplemental Costs **(# 109)**. There being no opposition, the motion is **GRANTED**. Additional costs in the amount of $ 20,801.40 are awarded against the Defendant.

Dated this 11th day of June, 2009

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge