IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00753-MSK-BNB

ALEXANDER L. TRUJILLO,
DAVID HENRICHSEN,
GILBERT LUCERO,
ALAN ROMAN,
COLBY DOOLITTLE,
OTTO KNOLLHOFF, and
MATT MARTIN, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,

        Defendant.

**ORDER APPROVING SECOND APPLICATION FOR SUPPLEMENTAL COSTS INCURRED AFTER ENTRY OF JUDGMENT**

THIS MATTER comes before the Court on the Second Unopposed Motion for Approval of Supplemental Costs Incurred after Entry of Judgment **(#111)** filed October 30, 2009. Having reviewed the Motion, the Court

**FINDS** that the Final Order Approving Settlement, Awarding Fees and Closing Case (*Docket No. 107*) provided in paragraph 3 that class counsel may file supplemental applications for costs. The costs requested in the instant Motion are reasonable.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**. Supplemental costs from December 5, 2008, to October 12, 2009, plus estimated expenses of Class Administration through January 16, 2010, in the amount of $8,636.34 are approved and awarded to class counsel, and shall be paid by Defendant according to the terms of the Settlement Agreement.

DATED this 2nd day of November, 2009.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge