

# CLASS ACTION
ADMINISTRATION

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/9/2010 | 1406 |

| BILL TO |
|---|
| Mr. Scott Johnson<br>Sparks Willson Borges Brandt & Johnson<br>PO Box 1678<br>Colorado Springs, CO 80901 |

| PROJECT | TERMS |
|---|---|
| Colorado Springs Police Dept Employment | Due on receipt |

| HOURS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Final year disbursement services & Project wrap up | 7,000.00 | 7,000.00 |

| | Total | $7,000.00 |
|---|---|---|

**REMIT PAYMENT TO:**
Class Action Administration, Inc., PO Box 6907, Broomfield, CO 80021
Phone: 720-540-4422   Fax: 720-540-4423   www.ClassActionAdmin.com

**Balance Due**   $7,000.00



EXHIBIT 2