IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00753-MSK-BNB

ALEXANDER L. TRUJILLO,
DAVID HENRICHSEN,
GILBERT LUCERO,
ALAN ROMAN,
COLBY DOOLITTLE,
OTTO KNOLLHOFF, and
MATT MARTIN, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,

        Defendant.

**ORDER APPROVING THIRD APPLICATION FOR SUPPLEMENTAL
COSTS INCURRED AFTER ENTRY OF JUDGMENT**

THIS MATTER is before the Court in connection with Class Counsel's Third Unopposed Motion for Approval of Supplemental Costs Incurred after Entry of Judgment **(#121)**. The Final Order Approving Settlement, Awarding Fees and Closing Case [Docket No. 107] provided in paragraph 3 that Class Counsel may file supplemental applications for costs. The Court finds that the costs requested in the Motion are reasonable. The Motion is therefore **GRANTED**.

**IT IS ORDERED** that supplemental costs from October 12, 2009 through December 8, 2010, plus final expenses of Class Administration through the conclusion of the distribution of the Class Settlement, in the amount of $12,993.27 are approved and awarded to Class Counsel, and shall be paid by Defendant according to the terms of the Settlement Agreement.

DATED this 15th day of December, 2010.

                                           **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge