IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No.:  07-cv-00753-MSK-BNB

ALEXANDER L. TRUJILLO,
DAVID HENRICHSEN,
GILBERT LUCERO,
ALAN ROMAN,
COLBY DOOLITTLE,
OTTO KNOLLHOFF, and
MATT MARTIN,
on behalf of themselves and
all others similarly situated,

       Plaintiffs,

v.

THE CITY OF COLORADO SPRINGS,

       Defendant.

---

**ORDER APPROVING SECOND AMENDED THIRD APPLICATION FOR SUPPLEMENTAL COSTS INCURRED AFTER ENTRY OF JUDGMENT**

---

This matter is before the Court in connection with Class Counsel's Second Amended Motion for Approval of Supplemental Costs Incurred after Entry of Judgment **(#126)**.  The Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that supplemental costs from October 12, 2009 through December 8, 2010, plus final expenses of Class Administration through the conclusion of the distribution of the Class Settlement, in the amended amount of $8,993.27 are approved and awarded to Class Counsel, and shall be paid by Defendant according to the terms of the Settlement Agreement.

DATED this 30th day of December, 2010.

**BY THE COURT:**

/s/ Marcia S. Krieger
_____

Marcia S. Krieger
United States District Judge